1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11 | In Re:

12 | DMCA SUBPOENA TO CLOUDFLARE, INC.,
13
14 | Service Provider.

Case No.: 3:20-mc-05016-BHS

DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO CLOUDFLARE, INC.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ANIS BABA, hereby declare as follows:

1. I am a Director of MG Premium Ltd (hereinafter, "MG") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of MG's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of MG's copyrighted material on the domain, xmoviesforyou.video, a webpage hosted by Cloudflare.

3. I have personal knowledge of the copyrights owned by MG and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that MG's copyrighted works have been posted without MG authorization to xmoviesforyou.video.

4. On March 18, 2020, authorized agent for MG Adam D'Ambrosio issued and served identical copyright infringement notifications on Cloudflare's DMCA Agent relating to posts on xmoviesforyou.video. Pursuant to Section 512(c)(3)(A), the notifications were properly signed by MG's agent, identified the copyrighted material being infringed, set forth a listing of the 2 URLs containing posts of infringing material, confirmed that such use of MG's copyrighted works was not authorized by MG, and gave contact information such that the DMCA Agent could reach MG's Agent with questions. A true and correct copy of the March 18, 2020 notification is attached as Exhibit A.

5. The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from MG, posted material to the web page xmoviesforyou.video, which infringed copyrights held by MG. The information received as a result of the Subpoena will only be used by MG to protect its rights under Title 17 of the United States Code.

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  DATED this 24th day of March 2020, at Nicosia, Cyprus.

_____

ANIS BABA

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.

# Jason Tucker

| | |
|---|---|
| **From:** | DMCA <dmca@brazzers.com> |
| **Sent:** | Wednesday, March 18, 2020 7:49 AM |
| **To:** | 'abuse@cloudflare.com'; 'abuse@netim.net' |
| **Subject:** | Notice of Copyright Infringement  xmoviesforyou.video (#SDXM03182020BZ) |

Whom It May Concern,

DMCA Copyright Infringement Notice

1. Infringed Work: (www.brazzers.com)

2. Search Query:

   https://xmoviesforyou.video/2020/03/brazzersexxtra-monique-alexander-wrong-side-of-the-bed.html

   https://xmoviesforyou.video/2020/03/brazzersexxtra-cherie-deville-cumplimentary-training-session.html

I, the undersigned, do solemnly and sincerely declare and CERTIFY UNDER

PENALTY OF PERJURY that:

1. I am an agent authorized to act on behalf of the owner, being named "MG Premium Ltd", of exclusive intellectual property rights that are allegedly infringed.

2. I have a good faith belief that the use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

3. To the best of my knowledge the information contained within this notice is accurate and correct.

4. I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process

Thank you very much

Signed,

Adam D'Ambrosio— DMCA Agent

1

An authorized representative for and on behalf of

**MG Premium Ltd**

████████████████████████████

Block 1 Dali Industrial Zone,

Cyprus 2540


The information in this message is legally privileged and confidential.  In the event of a transmission error and if you are not the individual or entity

mentioned above, you are hereby advised that any use, copying or reproduction of this document is strictly forbidden.  Please advise us of this error

and destroy this message.